IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JEFFREY MOORE, | ) | |
| | ) | Case No. 3:12-cv-529 |
| Plaintiff, | ) | |
| | ) | Judge Campbell |
| v. | ) | Magistrate Judge Bryant |
| | ) | |
| VOLUNTEERS OF AMERICA OF KENTUCKY, INC. | ) | Jury Demand |
| | ) | |
| Defendant. | ) | |

## ORDER

The initial case management conference previously scheduled for July 16, 2012, at 9:30 a.m. in this case is hereby continued to August 6, 2012, at 3:30 p.m. Counsel for the parties shall file a joint proposed initial case management order at least three business days before the case management conference, or on or before August 1, 2012.

It is so ORDERED.

          *s/ John S. Bryant*
          Honorable John S. Bryant
          United States Magistrate Judge

Approved for Entry:


s/Douglas B. Janney III
Douglas B. Janney III (BPR No. 19112)
2002 Richard Jones Road
Suite B-200
Nashville, Tennessee 37215
(615) 742-5900

Attorney for Plaintiff



/s/ Michael D. Hornback
Michael D. Hornback (BPR No. 22128)
**WYATT, TARRANT & COMBS, LLP**
2525 West End Avenue, Suite 1500
Nashville, Tennessee 37203
(615) 251-6754

Counsel for the Defendant